UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

S.P. o/b/o M.P.,

                        **Plaintiff,**                   20-CV-08380 (ALC)(SN)

     -against-                                       **ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic settlement conference is scheduled for January 26, 2021, at 10:00 a.m. At that time the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. At least one week before the conference, the parties should send their *ex parte* settlement letters and attendance forms to Chambers as specified in Judge Netburn's individual rules.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               December 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2020