UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
S.P. ON BEHALF OF M.P.,

      **Plaintiff,**

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,

      **Defendants.**
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 16, 2022

**1:20-cv-8380 (ALC)**

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

**ANDREW L. CARTER, JR., United States District Judge:**

  On December 3, 2020, this matter was referred to United States Magistrate Judge Sarah Netburn for General Pretrial. ECF No. 12. On May 25, 2021, I issued an amended Order of Reference, referring to Magistrate Judge Netburn Plaintiff's Motion for Attorney Fees and Expenses, ECF No. 19. ECF No. 29. The Court now considers the Report and Recommendation issued by Magistrate Judge Netburn, recommending that S.P.'s motion be granted in part and that S.P. be awarded $97,297.32 in attorneys' fees and $1,060.32 in costs. ECF No. 30.

  Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety.

  The Clerk of Court is respectfully directed to enter judgment, terminate all open motions, and close this case.

**SO ORDERED.**

Dated: **February 16, 2022**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2