UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.P. ON BEHALF OF M.P.,

                Plaintiff,              20 **CIVIL** 8380 (ALC)

    -against-                    **JUDGMENT**

**NEW YORK CITY DEPARTMENT OF
EDUCATION ET AL.,**

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 16, 2022, The Court now considers the Report and Recommendation issued by Magistrate Judge Netburn, recommending that S.P.'s motion be granted in part and that S.P. be awarded $97,297.32 in attorneys' fees and $1,060.32 in costs. ECF No. 30. Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the Court may adopt the Report and Recommendation as long as there is no clear error on the face of the record. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014) (citing *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003)). In light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety; accordingly, this case is closed.

**Dated:** New York, New York
February 17, 2022

                                                         **RUBY J. KRAJICK**
                                                           **Clerk of Court**
**BY:** _____
                                                           **Deputy Clerk**